**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MIGUEL ANGEL HERNANDEZ-GARCIA,<br><br>    Defendant. | Case No.:  18CR01293-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 18CR01293-DMS against defendant MIGUEL ANGEL HERNANDEZ-GARCIA be, and hereby is, dismissed;

IT IS SO ORDERED.

DATED: 4-2-2018

HON. DANA M. SABRAW
United States District Judge